# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| TRISTA ANNE SCHMIER, and </br> JONATHAN DAVID SCHMIER </br>     Plaintiffs, </br> </br> v. </br> </br> LION CREDIT AND CAPTITAL </br> AMARIS CAPITAL VENTURES, ROB </br> STEVENS, CHARLES JOHNSON, JR. </br> SHIRLEY KNIGHT, LEO KANELL </br> EUGENE WORKS, BRIAN STARK </br>     Defendants. | **JUDGMENT** </br> </br> No. 5:17-CV-456-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 26, 2018, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 26, 2018, and Copies To:**

Trista Anne Schmier and Jonathan David Schmier (via US mail) 1702 LaSalle Ave, Fayetteville, NC 28303.

April 26, 2018                      PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk